# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>IGNACIO SANCHEZ<br><br>                Defendant. | CR NO: 1:25-MJ-00072 SAB |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Ignacio Sanchez |
| Detained at | Salinas Valley State Prison |

Detainee is:    a.)    ☐ charged in this district by:    ☐ Indictment    ☐ Information    ☒ Complaint
                          charging detainee with:    Title 21, United States Code, Sections 846, 841(a)(1)

     or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☐ return to the custody of detaining facility upon termination of proceedings
     or    b.)    ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on June 27, 2025 at 2:00 PM in Courtroom 8 in the Robert E. Coyle United States Courthouse*

| | |
|---|---|
| Signature: | /s/ Antonio J. Pataca |
| Printed Name & Phone No: | ANTONIO J. PATACA |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on June 27, 2025, at 2:00 PM in Courtroom 8, and be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility.

Dated:    **Jun 24, 2025**

                                                           Honorable Stanley A. Boone
                                                           U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Giddy | ☒Male    ☐Female | |
| Booking or CDC #: | CDCR # BK8076 | DOB: | 04/28/1982 |
| Facility Address: | 31625 Highway 101, Soledad, CA | Race: | Hispanic |
| Facility Phone: | (831) 678-5500 | FBI#: | 422371XA5 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

                                                 (signature)