IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:25-CR-00132-JLT-SAB |
| Plaintiff, | ) ORDER GRANTING GOVERNMENT'S |
| v. | ) REQUEST TO FILE EXHIBITS 1 AND 2 UNDER SEAL IN SUPPORT OF ITS OPPOSITION TO SUPPRESS THE WIRETAP OF SANCHEZ'S CONTRABAND CELLPHONE |
| IGNACIO SANCHEZ, AKA "GIDDY", | ) |
| Defendant. | ) |

Pursuant to Local Rule 141(b) and based upon the representations made in the Government's Request to File Exhibits 1 and 2 under seal in support of its opposition to the defendants' wiretap suppression motion, IT IS HEREBY ORDERED that the Government's Exhibits 1 and 2 shall be filed UNDER SEAL until further order of this Court.

IT IS SO ORDERED.

Dated:   **July 1, 2026**

_____
UNITED STATES DISTRICT JUDGE